IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

DANIEL ERIC COBBLE,

    Plaintiff,

v.

WARDEN ROBERT TOOLE,

    Defendant.

CIVIL ACTION NO.: CV615-014

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 13), to which no Objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Cobble's petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, (doc. 1), is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate judgment of dismissal and to **CLOSE** this case.

Furthermore, for the reasons stated in the Magistrate Judge's Report and Recommendation, Cobble is hereby **DENIED** a certificate of appealability, and he is **DENIED** leave to appeal in forma pauperis.

**SO ORDERED**, this 4th day of September, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA